# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ronald S. Ligons

Plaintiff

v.

Ramstad-Hvass, et al.

Defendants

Case No. Civil 01-1591 DSD/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed without prepayment of fees is denied. Plaintiff's notice of motion and motion to withdraw complaint clarification of 28 U.S.C. 1441 (c) et seq extension of time is denied. This action is summarily remanded tot he state court from which Plaintiff has attempted to remove it.

DATE: October 25, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk